## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CELSIUS NETWORK INC., et al.,<br><br>　　Defendants. | Case No. 1:23-cv-6009 |

**[PROPOSED] ORDER STAYING ACTION
AS TO CORPORATE DEFENDANTS FOR 45 DAYS**

The Court having considered the joint motion filed by the Federal Trade Commission ("FTC") and Corporate Defendants Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, Celsius US Holding LLC, Celsius US LLC, and Celsius Management Corp. (collectively, "Corporate Defendants") to stay this action for up to 45 days to permit the parties to seek approval of their settlement ("Stipulated Order") in *In re Celsius Network LLC*, No. 22-10964(MG) (Bankr. S.D.N.Y.), it is hereby ORDERED that:

　　1.　　The motion is GRANTED.

　　2.　　The above-captioned action is stayed as to Corporate Defendants until August 28, 2023 or until the Bankruptcy Court approves the Stipulated Order, whichever is earlier.

　　3.　　On or before August 28, 2023, the FTC and the Corporate Defendants shall file a motion seeking entry of the Stipulated Order or otherwise notify the Court of the status of the effort to seek Bankruptcy Court approval.

IT IS SO ORDERED.

Date: _____                           _____
                                                UNITED STATES DISTRICT JUDGE