UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSIUS NETWORK INC., a corporation, CELSIUS NETWORK LLC, a limited liability company, CELSIUS NETWORKS LENDING LLC, a limited liability company, CELSIUS LENDING LLC, a limited liability company, CELSIUS KEYFI LLC, a limited liability company, CELSIUS MINING LLC, a limited liability company, CELSIUS US HOLDING LLC, a limited liability company; CELSIUS US LLC, a limited liability company; CELSIUS MANAGEMENT CORP., a corporation;<br><br>ALEXANDER MASHINSKY, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, and Celsius US Holding LLC;<br><br>SHLOMI DANIEL LEON, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, Celsius US Holding LLC; and<br><br>HANOCH "NUKE" GOLDSTEIN, individually and as an officer of Celsius Network LLC and Celsius Lending LLC,<br><br>    Defendants. | Case No. 1:23-cv-6009<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Katherine M. Worthman, declare the following:

1. I am an attorney with the Federal Trade Commission.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of District of Columbia. My attorney registration number is 488800.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7. I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned action for the Federal Trade Commission.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2023

Respectfully submitted,

KATHERINE WORTHMAN
Federal Trade Commission
915 2nd Ave.
Seattle, WA 98104
kworthman@ftc.gov
202-326-2929

*Attorney for Plaintiff Federal Trade Commission*

2

State of __Washington__ )

) SS.

County of __King__ )

On this __12th__ day of __July__ (month), __2023__ (year), before me, __John Milton Payne, Jr__ (name of Notary), the undersigned Notary Public, personally appeared __Katherine Mary Worthman__ (name of signer), personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed it and that the statements in the attached __Affidavit__ are true and correct.

This certificate is attached to a __Affidavit__ (title or type of document), dated __07/12/2023__ (date), of __2__ (number) pages, signed by __Katherine Mary Worthman__ (name of signer).

Witness my hand and official seal.

Signed __John Milton Payne, Jr__
Print __John Milton Payne, Jr.__
My Commission expires: __02/20/2024__

JOHN MILTON PAYNE JR
Notary Public
State of Washington
Commission # 20103410
My Comm. Expires Feb 20, 2024

3 K.P/WP