UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

CELSIUS NETWORK INC., a corporation,
CELSIUS NETWORK LLC, a limited liability
company, CELSIUS NETWORKS LENDING
LLC, a limited liability company, CELSIUS
LENDING LLC, a limited liability company,
CELSIUS KEYFI LLC, a limited liability
company, CELSIUS MINING LLC, a limited
liability company, CELSIUS US HOLDING LLC,
a limited liability company; CELSIUS US LLC, a
limited liability company; CELSIUS
MANAGEMENT CORP., a corporation;

ALEXANDER MASHINSKY, individually and
as an officer of Celsius Network Inc., Celsius
Network LLC, Celsius Networks Lending LLC,
Celsius Lending LLC, Celsius KeyFi LLC,
Celsius Mining LLC, and Celsius US Holding
LLC;

SHLOMI DANIEL LEON, individually and as an
officer of Celsius Network Inc., Celsius Network
LLC, Celsius Networks Lending LLC, Celsius
Lending LLC, Celsius KeyFi LLC, Celsius
Mining LLC, Celsius US Holding LLC; and

HANOCH "NUKE" GOLDSTEIN, individually
and as an officer of Celsius Network LLC and
Celsius Lending LLC,

    Defendants.

**Case No. 1:23-cv-6009**

**[PROPOSED] ORDER
ADMITTING COUNSEL
PRO HAC VICE**

---

1

The motion of Katherine M. Worthman for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of District of Columbia; and that her contact information is as follows:

Katherine M. Worthman
Federal Trade Commission
915 2nd Ave
Seattle, WA 98104
(202) 326-2929
kworthman@ftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the Federal Trade Commission in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____          _____
                                 United States District / Magistrate Judge

2