AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-06009 |
| Celsius Network Inc., et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Celsius Network Inc.; Celsius Network LLC; Celsius Networks Lending LLC; Celsius Lending LLC; Celsius Keyfi LLC; Celsius Mining LLC; Celsius US Holding LLC; Celsius US LLC; and Celsius Management Corp.

Date: 07/20/2023

/s/ Christopher Koenig
*Attorney's signature*

Christopher Koenig (NY 5284872)
*Printed name and bar number*

Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, Illinois 60654
*Address*

chirs.koenig@kirkland.com
*E-mail address*

(312) 862-2000
*Telephone number*

(312) 862-2200
*FAX number*