AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-06009 |
| Celsius Network Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Celsius Network Inc.; Celsius Network LLC; Celsius Networks Lending LLC; Celsius Lending LLC; Celsius Keyfi LLC; Celsius Mining LLC; Celsius US Holding LLC; Celsius US LLC; and Celsius Management Corp.        .

Date:   07/20/2023

/s/ Robert W. Allen
*Attorney's signature*

Robert W. Allen, P.C. (NY 4987327)
*Printed name and bar number*

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
*Address*

bob.allen@kirkland.com
*E-mail address*

(212) 446-4800
*Telephone number*

(212) 446-4900
*FAX number*