UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　Plaintiff,<br><br>　v.<br><br>CELSIUS NETWORK INC., et al.,<br><br>　Defendants. | Case No. 1:23-cv-06009 |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rich Cunningham, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendants Celsius Network Inc.; Celsius Network LLC; Celsius Networks Lending LLC; Celsius Lending LLC; Celsius Keyfi LLC; Celsius Mining LLC; Celsius US Holding LLC; Celsius US LLC; and Celsius Management Corp. in the above-captioned action. I am a member in good standing of the bars of the State of Colorado and the District of Columbia Court of Appeals, and there are no pending disciplinary proceedings against me in any state or federal court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 20, 2023                  Respectfully submitted,

                                        */s/ Rich Cunningham*
                                        Rich Cunningham, P.C. (*pro hac vice pending)*
                                        **KIRKLAND & ELLIS LLP**
                                        1301 Pennsylvania Avenue, N.W.
                                        Washington, D.C.,
                                        District of Columbia  20004
                                        Telephone: (202) 389-5000
                                        Facsimile:  (202) 389-5200
                                        Email: rich.cunningham@kirkland.com

                                        **ATTORNEY FOR DEFENDANTS CELSIUS NETWORK INC.; CELSIUS NETWORK LLC; CELSIUS NETWORKS LENDING LLC; CELSIUS LENDING LLC; CELSIUS KEYFI LLC; CELSIUS MINING LLC; CELSIUS US HOLDING LLC; CELSIUS US LLC; AND CELSIUS MANAGEMENT CORP.**