UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

   Plaintiff,

   v.

CELSIUS NETWORK INC., et al.,

   Defendants.

Case No. 1:23-cv-06009

STATE OF TEXAS      )
                               )
COUNTY OF HARRIS  )

**AFFIDAVIT OF RICH CUNNINGHAM IN SUPPORT OF
MOTION TO APPEAR *PRO HAC VICE***

     I, Rich Cunningham, pursuant to Local Rule 1.3(c), being duly sworn, hereby depose and testify as follows:

     1.    I am a partner with the law firm of Kirkland & Ellis LLP.  I submit this Affidavit in support of my Motion for Admission *Pro Hac Vice* in the above-captioned matter.

     2.    As shown in the Certificates of Good Standing annexed hereto as Exhibit A and B, I am a member in good standing of the Bars of the State of Colorado and and the District of Columbia Court of Appeals.

     3.    I have never been convicted of a felony.

     4.    I have never been been censured, suspended, or disbarred or denied readmission by any court.

     5.    There are no pending disciplinary proceedings presently against me in any state or federal court.

Dated: July 20, 2023

Respectfully submitted.

*/s/ Rich Cunningham*
Rich Cunningham, P.C. (*pro hac vice pending*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.,
District of Columbia  20004
Telephone: (202) 389-5000
Facsimile:  (202) 389-5200
Email: rich.cunningham@kirkland.com

**ATTORNEY FOR DEFENDANTS CELSIUS NETWORK INC.; CELSIUS NETWORK LLC; CELSIUS NETWORKS LENDING LLC; CELSIUS LENDING LLC; CELSIUS KEYFI LLC; CELSIUS MINING LLC; CELSIUS US HOLDING LLC; CELSIUS US LLC; AND CELSIUS MANAGEMENT CORP.**

SWORN to before me this __20__th day of July 2023.

*Shannon Paige*
NOTARY PUBLIC, STATE OF TEXAS

SHANNON EUGENE PAIGE
Notary ID #128975563
My Commission Expires
May 3, 2024

2