# EXHIBIT A



**STATE OF COLORADO,** ss:

I, __Cheryl Stevens__, Clerk of the Supreme Court of t h e  S t a t e

o f  Colorado, do hereby certify that

__Richard H. Cunningham__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __9th__

day of __November__ A.D. __2010__ and that at the date hereof

the said __Richard H. Cunningham__ is in good standing a t this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and

affixed the Seal of said Supreme Court, at Denver, in said State, this

__17th__ day of __July__ A.D. __2023__

**Cheryl Stevens**

Clerk

By _____

Deputy Clerk