UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>CELSIUS NETWORK INC., et al.,<br><br>   Defendants. | Case No. 1:23-cv-06009 |

## ORDER FOR ADMISSION *PRO HAC VICE*

This motion of Rich Cunningham ("Applicant") for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bars of the State of Colorado and the District of Columbia Court of Appeals; and that his contact information is as follows:

Rich Cunningham, P.C.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.,
District of Columbia  20004
Telephone: (202) 389-5000
Facsimile:  (202) 389-5200
Email: rich.cunningham@kirkland.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Celsius Network Inc.; Celsius Network LLC; Celsius Networks Lending LLC; Celsius Lending LLC; Celsius Keyfi LLC; Celsius Mining LLC; Celsius US Holding LLC; Celsius US LLC; and Celsius Management Corp. in the above-captioned action;

2

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated:_____, 2023

_____
United States District / Magistrate Judge