AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-06009 |
| Celsius Network Inc., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Celsius Network Inc.; Celsius Network LLC; Celsius Networks Lending LLC; Celsius Lending LLC; Celsius Keyfi LLC; Celsius Mining LLC; Celsius US Holding LLC; Celsius US LLC; and Celsius Management Corp.

Date: 07/21/2023

/s/ Rich Cunningham
*Attorney's signature*

Rich Cunningham, P.C. (CO 42825)
*Printed name and bar number*

Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C., District of Columbia 20004
*Address*

rich.cunningham@kirkland.com
*E-mail address*

(202) 389-5000
*Telephone number*

(202) 389-5200
*FAX number*