UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSIUS NETWORK INC., et al.,<br><br>    Defendants. | Case No. 1:23-cv-6009 |

**PROOF OF SERVICE**

I hereby certify that on July 24, 2023, I transmitted the following materials:

- The Notice of Initial Pretrial Conference, Dkt. 21;
- Judge Cote's Individual Practices in Civil Cases;
- Joint Motion for Stay as to Corporate Defendants, Dkt. 3;
- Order Staying Action as to Corporate Defendants for 45 days, Dkt. 18; and
- A copy of the docket sheet

by email to counsel as follows, pursuant to agreement, *see* Fed. R. Civ. P. 5(b)(2)(E):

| | |
|---|---|
| Leo Tsao, Esq.<br>Avi Weitzman, Esq.<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>leotsao@paulhastings.com<br>aviweitzman@paulhastings.com<br><br>*Counsel for Defendant Hanoch Goldstein* | Elizabeth Boison, Esq.<br>Edith Ramirez, Esq.<br>William Regan, Esq.<br>Allison Wuertz, Esq.<br>Daniel Mader, Esq.<br>Sam Dougherty, Esq.<br>HOGAN LOVELLS US LLP<br>555 13th Street NW<br>Washington, D.C. 20004<br>Elizabeth.boison@hoganlovells.com<br>Edith.ramirez@hoganlovells.com<br>William.regan@hoganlovells.com<br>Allison.wuertz@hoganlovells.com<br>Daniel.mader@hoganlovells.com<br>Sam.dougherty@hoganlovells.com<br><br>*Counsel for Defendant S. Daniel Leon* |

and I emailed the above-listed materials, and caused them to be transmitted by Federal Express, overnight service, to counsel as follows, *see* Local Civ. R. 5.3:

Benjamin Allee
YANKWITT LLP
140 Grand Street, Suite 705
White Plains, NY 10601
benjamin@yankwitt.com

*Counsel for Defendant Alexander Mashinsky*

Dated:  July 24, 2023

Respectfully submitted,

 /s/ Katherine M. Aizpuru
Katherine M. Aizpuru
Attorney
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-876-5673
kaizpuru@ftc.gov

*Counsel for Plaintiff*