AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Federal Trade Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-CV-06009-DLC |
| Celsius Network Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Shlomi Daniel Leon.

Date:  09/06/2023

/s/ William M. Regan
*Attorney's signature*

William M. Regan (3066107)
*Printed name and bar number*

Hogan Lovells US LLP
390 Madison Avenue
New York, New York  10017
*Address*

william.regan@hoganlovells.com
*E-mail address*

(212) 918-3060
*Telephone number*

(212) 918-3100
*FAX number*