AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-CV-06009-DLC |
| Celsius Network Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Shlomi Daniel Leon.

Date: 09/06/2023

/s/ Maya S. Jumper
*Attorney's signature*

Maya S. Jumper (5409800)
*Printed name and bar number*

Hogan Lovells US LLP
390 Madison Avenue
New York, New York  10017
*Address*

maya.jumper@hoganlovells.com
*E-mail address*

(212) 918-3733
*Telephone number*

(212) 918-3100
*FAX number*