AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Federal Trade Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No.  1:23-CV-06009-DLC |
| Celsius Network Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexander Mashinsky  .

Date:  09/11/2023

*Attorney's signature*

Benjamin R. Allee, BA-6702
*Printed name and bar number*

Yankwitt LLP
140 Grand St., Suite 705
Whte Plains, NY 10601
*Address*

benjamin@yankwitt.com
*E-mail address*

(914) 686-1500
*Telephone number*

(914) 487-5000
*FAX number*