AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Federal Trade Commission | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-CV-06009-DLC |
| Celsius Network Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alexander Mashinsky.

Date: 09/11/2023

*Attorney's signature*

Cassandra M. Vogel, CV-6272
*Printed name and bar number*

Yankwitt LLP
140 Grand St., Suite 705
Whte Plains, NY 10601
*Address*

cassandra@yankwitt.com
*E-mail address*

(914) 686-1500
*Telephone number*

(914) 487-5000
*FAX number*