UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

FEDERAL TRADE COMMISSION,

        Plaintiff,

  - against -

ALEXANDER MASHINSKY,
SHLOMI DANIEL LEON, and
HANOCH "NUKE" GOLDSTEIN,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

No. 23 Civ. 6009 (DLC)

**PROPOSED ORDER**

    WHEREAS, on September 11, 2023, the Government submitted a motion seeking to intervene in this action and to stay discovery in this matter until the resolution of the defendants' motions to dismiss in light of the pendency of the parallel criminal action in *United States v. Mashinsky, et al.*, 23 Cr. 347 (JGK) (the "Criminal Case"), in which an indictment has been returned; and

    WHEREAS, defendants Alexander Mashinsky, Shlomi Daniel Leon, and Hanoch "Nuke" Goldstein consent to a discovery stay pending the Court's resolution of the motions to dismiss;

    WHEREAS, the FTC does not object to the Government's request to stay discovery pending the Court's resolution of the motions to dismiss; and

    WHEREAS, the Court finds that the requested discovery stay is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that the Government's motion to intervene is GRANTED.  It is further

**ORDERED** that discovery in this matter is stayed until the resolution of the defendants' motions to dismiss.

SO ORDERED.

_____                    _____
HONORABLE DENISE L. COTE                                                        DATE
UNITED STATES DISTRICT JUDGE