**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>CELSIUS NETWORK INC., *et al.*<br><br>Defendants. | Case No. 1:23-cv-6009-DLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Avi Weitzman of Paul Hastings LLP, with offices at 200 Park Avenue, New York, New York 10166, hereby appears on behalf of Defendant Hanoch "Nuke" Goldstein in the above-captioned action. I hereby certify that I am admitted to practice before this court.

Dated: September 11, 2023

PAUL HASTINGS LLP

By:     */s/ Avi Weitzman*
        Avi Weitzman

200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6920
aviweitzman@paulhastings.com

*Attorney for Defendant*
*Hanoch "Nuke" Goldstein*