UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK INC., a corporation, CELSIUS NETWORK LLC, a limited liability company, CELSIUS NETWORKS LENDING LLC, a limited liability company, CELSIUS LENDING LLC, a limited liability company, CELSIUS KEYFI LLC, a limited liability company, CELSIUS MINING LLC, a limited liability company, CELSIUS US HOLDING LLC, a limited liability company; CELSIUS US LLC, a limited liability company; CELSIUS MANAGEMENT CORP., a corporation;<br><br>ALEXANDER MASHINSKY, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, and Celsius US Holding LLC;<br>SHLOMI DANIEL LEON, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, Celsius US Holding LLC; and<br><br>HANOCH "NUKE" GOLDSTEIN, individually and as an officer of Celsius Network LLC and Celsius Lending LLC,<br><br>Defendants. | Case No. 1: 23-cv-6009 (DLC)<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF HANOCH "NUKE" GOLDSTEIN'S
MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Avi Weitzman, and all other papers herein, Defendant Hanoch "Nuke" Goldstein, by his undersigned attorneys, hereby moves this Court before the Honorable Denise L. Cote, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order dismissing the Complaint For Permanent Injunction, Monetary Relief, and Other Relief (ECF No. 1) in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Response and reply papers are to be filed pursuant to Rule 6.1 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: September 11, 2023
New York, New York

Respectfully submitted,

/s/ *Avi Weitzman*

Avi Weitzman
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 318-6920
aviweitzman@paulhastings.com

Leo Tsao
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Tel: 202-551-1910
leotsao@paulhastings.com

*Counsel for Defendant Hanoch "Nuke" Goldstein*