# EXHIBIT 2

Produced in native format to the Court.

Parties may access the electronic media at https://www.youtube.com/watch?v=iCYU5UVOea8