# EXHIBIT 6

x

This site is under construction in light of Celsius and certain of its affiliates having filed voluntary petitions for Chapter 11 Bankruptcy relief. As such, many services and features are not available at this time. For general information, please visit this **website.**

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

# Celsius

# 1.7 million people call Celsius their



Because we put our community first. Join us for military-grade security,
next-level transparency, and a do-it-all app designed to help you
reach your financial goals — whether you're HODLing long-term or
swapping daily.

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →



Policy, including receipt of emails. You can unsubscribe at any time.
All retail loans are issued by Celsius Lending, LLC

# 5,100 BTC  83,332 ETH  $50M



Paid to community as of March 18th, 2022

Paid to community as of June 8th, 2022

in funds recovered

"Best CeFi Lending Platform"

Blockchain fest 2021 →

"Best Crypto Platform"

Fin Tech Breakthrough →

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →



# Next-level transparency

Celsius brings the transparency of decentralized finance to a centralized company.



### Celsius Asset Verification

Chainalysis Reactor, the investigative blockchain analysis tool, provides the first third-party verification to date of Celsius' assets.

See more →

### Proof of Community

Celsius has partnered with Horizen Labs to prove liquidity at any moment through the blockchain, without relying on external auditors or disclosing customer information.

See more →

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →



from community members and gives an update on the state of our business and products.

## Celsius in the world

See full library



**Forbes**



**The Pomp Podcast** Mashinsky and Anthony Pompliano discuss



You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →

 Celsius

See more →

around disruptive tech.

See more →

**Coin Telegraph**

leading digital asset lending platform, wins FinTech breakthrough.

See more →

 Bloomberg

"Alex Mashinsky, CEO of Celsius,

 F

"How Crypto Innovator Alex

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →





# Start earning in

on Web, iOS and Android

Sign Up

### Verify yourself

To start using Celsius

Learn more

### Transfer your crypto

or buy assets directly in-app

Learn more

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →



Maybe you've seen us somewhere...

You are currently browsing the archived website. To view current version, click here

Withdrawals, Swap and transfers between accounts are currently paused. More info here →



