# EXHIBIT 7



# Focused on

In connection with our Chapter 11 cases, this website has been updated to provide information most useful to stakeholders. Celsius' archived website continues to be available here.

As more fully explained in our Blog, Celsius and certain affiliates have filed voluntary petitions for Chapter 11 Bankruptcy relief to implement a restructuring that maximizes value for all stakeholders.

Read More

# Chapter 11 customer information

Information about the Chapter 11 filings, including Court documents, can be found at cases.stretto.com/celsius.

Customers with questions about the process may call the Company's Claims Agent, Stretto, at:

Privacy - Terms



Visit Stretto

Claim Process FAQ →

# Our Blog



**Bar Date FAQ**  *Apr 11, 2023*

Why did the bar date reopen? The Court issued an Opinion on March 9, 2023, stating that account holders only have claims against Celsius Network LLC under the Terms of Use, and the Debtors amended th…

See More →





**Settlement FAQ**

1. What is the Settlement? After months of litigation, Celsius has reached an agreement with the Custody Ad Hoc Group and the UCC on a Settlement that returns most digital assets in the Custody Progr...

See More →

Mar 14, 2023





(Individually, an "Objection," …

See More →

# Frequently Asked Questions

What did Celsius announce on July 13th, 2022? 

What is Chapter 11? Why did the company file for Chapter 11? 

Should customers delete the Celsius app/delete or disable their accounts? 



Read more from customer care →

# Need Help?

For technical questions related to your Celsius account, our Customer Care team is available to you.

Get more info in our Help Center

Help Center →



contact the Company's Claims Agent, Stretto, at
[cases.stretto.com/celsius](cases.stretto.com/celsius).

Name

Choose a category



# Access Celsius'



available at this time.

Visit Archived Website

*Last updated on 05/31/2023





Follow us on Twitter

Celsius Network LLC

Celsius Network LLC 50 Harrison St, Suite 209F, Hoboken NJ 07030

Celsius Lending LLC- NMLS ID- 2063747

NMLS Consumer Access

| | | |
|---|---|---|
| Celsius Network LLC | Celsius EU UAB | Celsius Network Limited   **(UK Tax Strategy)** |
| 50 Harrison St, | Gedimino pr. 20 | The Harley Building, 77-79 New Cavendish Street |
| Suite 209F, Hoboken NJ 07030 | Vilnius 01103, Lithuania | London W1W 6XB, United Kingdom |

Celsius Lending LLC
50 Harrison St,
Suite 209F, Hoboken NJ 07030

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or
governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any
financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

Registered as a Money Services Business (MSB) number 31000216727485
with the US Financial Crimes Enforcement Network (FinCEN);