

1(212) 318-6920
aviweitzman@paulhastings.com

September 11, 2023

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *FTC v. Celsius Network Inc., et al.*, No. 1:23-CV-6009-DLC

Dear Judge Cote:

We represent Defendant Hanoch "Nuke" Goldstein in the above-referenced action. Pursuant to Paragraph 4(F) of Your Honor's Individual Practices in Civil Cases, we respectfully request oral argument on Mr. Goldstein's motion to dismiss, which was filed via ECF today.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avi Weitzman
of PAUL HASTINGS LLP


cc:     Counsel of record (via ECF)