UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                   Plaintiff,

   v.

CELSIUS NETWORK INC., et al.,

                   Defendants.

Civil Action No. 1:23-cv-6009-DLC

## NOTICE OF DEFENDANT ALEX MASHINSKY'S MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Alex Mashinsky's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), dated September 11, 2023, Defendant Alex Mashinsky, by his undersigned attorneys, moves this Court, at a date and time to be determined, for an Order dismissing Plaintiff's Complaint in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), and such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that response and reply papers are to be filed pursuant to Rule 6.1 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York.

Dated: September 11, 2023
      White Plains, New York

                                       YANKWITT LLP

                            By: _____
                                       Benjamin R. Allee
                                       Jonathan Ohring
                                       Cassandra M. Vogel
                                       140 Grand Street, Suite 705
                                       White Plains, NY 10601
                                       Tel.:   (914) 686-1500
                                       benjamin@yankwitt.com

 jonathan@yankwitt.com
 cassandra@yankwitt.com
 *Attorneys for Alex Mashinsky*