**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>CELSIUS NETWORK INC., *et al.*<br><br>Defendants. | Case No. 1:23-cv-6009-DLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Leo Tsao of Paul Hastings LLP, with offices at 2050 M Street NW, Washington, D.C., 20036, hereby appears on behalf of Defendant Hanoch "Nuke" Goldstein in the above-captioned action. I hereby certify that I am admitted to practice before this court.

Dated: September 13, 2023

PAUL HASTINGS LLP

By: ___/s/ Leo Tsao___
        Leo Tsao

2050 M Street NW
Washington, D.C. 20036
Telephone: 1(202) 551-1910
leotsao@paulhastings.com

*Attorney for Defendant*
*Hanoch "Nuke" Goldstein*