UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>CELSIUS NETWORK, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-6009-DLC<br><br>**MOTION FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER B. LEACH** |

    Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher B. Leach hereby move this Court for an Order for admission to practice *pro hac vice* and appear as counsel for Defendants Celsius Network, Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius Keyfi LLC, Celsius US Holding LLC, Celsius US LLC, and Celsius Management Corp. (collectively "Celsius") in the above-captioned action.

    I am a member in good standing of the bars of the State of New York, State of Maryland, and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  Washington, DC  
        September 15, 2023

Respectfully submitted,

*/s/ Christopher B. Leach*
_____

Christopher B. Leach  
KIRKLAND & ELLIS LLP  
1301 Pennsylvania Avenue, NW  
Washington, DC 20004  
Telephone:  (202) 389-5000  
Fax:  (202) 389-5200  
Email:  christopher.leach@kirkland.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of September 2023, true and correct copy of the foregoing document and attachments were served upon all counsel of record via the Court's CM/ECF system.

*/s/ Christopher B. Leach*
Christopher B. Leach
