**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>CELSIUS NETWORK, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-6009-DLC |

**DECLARATION OF CHRISTOPHER B. LEACH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to 28 U.S.C. § 1746, Christopher B. Leach declares as follows:

1. I submit this Declaration in Support of my Motion for admission *pro hac vice* before the United States District Court for the Southern District of New York to represent Defendants Celsius Network, Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius Keyfi LLC, Celsius US Holding LLC, Celsius US LLC, and Celsius Management Corp. (collectively "Celsius") in the above-captioned action.

2. I am a partner at the firm Kirkland & Ellis LLP, 1301 Pennsylvania Avenue, N.W., Washington, DC 20004. I am an attorney admitted to practice law in the State of New York, State of Maryland, and the District of Columbia. I am a member in good standing of the bars of the State of New York, State of Maryland, and the District of Columbia. I have not been censured, suspended, disbarred, or denied admission or re-admission by any court. There are no pending disciplinary proceedings against me in any state or federal court and no discipline has previously been imposed on me in any jurisdiction.

3.  True and correct copies of certificates of good standing issued by the bars of the State of New York, State of Maryland, and the District of Columbia, within the past 30 days, accompany this Declaration.

4.  I have been requested by Celsius to represent them in this matter due to my familiarity with the facts and circumstances surrounding this matter and with applicable law.

5.  I have been admitted to practice law before the State Bar of New York, Maryland, and the District of Columbia, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, and the United States Courts of Appeals for the Fourth Circuit.

6.  I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, and the New York Rules of Professional Conduct.

7.  I understand that if I am admitted *pro hac vice*, I will be subject to the disciplinary jurisdiction of the United States District Court for the Southern District of New York.

I declare under the penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief.

Date: September 15, 2023    */s/ Christopher B. Leach*
　　　　　　　　　　　　　　Christopher B. Leach