UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>CELSIUS NETWORK, INC., *et al.*,<br><br>*Defendants*. | Case No. 1:23-cv-6009-DLC |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

This motion of Christopher B. Leach ("Applicant") for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the bars of the State of New York, State of Maryland, and the District of Columbia, and that her contact information is as follows:

Christopher B. Leach
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 389-5000
Fax: (202) 389-5200
Email: christohper.leach@kirkland.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Celsius Network, Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius Keyfi LLC, Celsius US Holding LLC, Celsius US LLC, and Celsius Management Corp. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

2

Dated: September 15, 2023

_____
United States District/Magistrate Judge