UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CELSIUS NETWORK INC., et al.,<br><br>    Defendants. | Case No. 1:23-cv-6009-DLC |

### NOTICE OF SUPPLEMENTAL AUTHORITY

The Federal Trade Commission submits as supplemental authority the Opinion and Order in *FTC v. RCG Advances, LLC et al.*, No. 20-cv-4432(JSR) (S.D.N.Y. Sept. 27, 2023). In particular, the court's discussion of the Gramm-Leach-Bliley Act (pp. 27-32) and monetary remedies under Section 19 (pp. 33-34) are relevant to issues raised in the Motions to Dismiss, Dkts. 40, 44.

Dated: September 28, 2023

Respectfully submitted,

 */s/ Katherine M. Aizpuru*
Katherine M. Aizpuru
Katherine Worthman
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-876-5673
kaizpuru@ftc.gov;
kworthman@ftc.gov

## **CERTIFICATE OF SERVICE**

      The foregoing document was served upon all parties that have entered an appearance in this matter via the Court's CM/ECF system.

Dated: September 28, 2023                */s/ Katherine M. Aizpuru*
                                              Katherine M. Aizpuru
                                              Counsel for Plaintiff