# EXHIBIT A

# The COVID-19 Consumer Protection Act ("CCPA")
## 15 U.S.C. § 1401

(c) ENFORCEMENT BY THE FEDERAL TRADE COMMISSION.—
    (1) VIOLATION.—A violation of subsection (b) shall be treated as a violation of a rule defining an unfair or deceptive act or practice prescribed under section 18(a)(1)(B) of the Federal Trade Commission Act (15 U.S.C. 57a(a)(1)(B)).
    (2) POWERS OF THE FEDERAL TRADE COMMISSION.—
        (A) IN GENERAL.—The Federal Trade Commission shall enforce subsection (b) in the same manner, by the same means, and with the same jurisdiction, powers, and duties as though all applicable terms and provisions of the Federal Trade Commission Act (15 U.S.C. 41 et seq.) were incorporated into and made a part of this Act.