# EXHIBIT C



# Gramm-Leach-Bliley Act

The Gramm-Leach-Bliley Act requires financial institutions – companies that offer consumers financial products or services like loans, financial or investment advice, or insurance – to explain their information-sharing practices to their customers and to safeguard sensitive data.

## Featured



[FTC Safeguards Rule: What Your Business Needs to Know](#)



[FTC's Privacy Rule and Auto Dealers: FAQs](#)

## Guidance

[FTC Safeguards Rule: What Your Business Needs to Know](#)

The FTC Safeguards Rule requires covered companies to develop, implement, and maintain an information security program with administrative, technical, and physical safeguards designed to protect customer information. Are you up on what the revised Rule requires?

## FTC's Privacy Rule and Auto Dealers: FAQs

Auto dealers that extend credit, arrange financing or leasing, or give financial advice must notify customers about the information they collect, who they share it with, and how they protect it. Are you following the rules of the road?

## How To Comply with the Privacy of Consumer Financial Information Rule of the Gramm-Leach-Bliley Act

Financial institutions covered by the Gramm-Leach-Bliley Act must tell their customers about their information-sharing practices and explain to customers their right to "opt out" if they don't want their information shared with certain third parties. Is your company following the requirements of the Privacy Rule?

# Resources

## FTC Safeguards Rule: What Your Business Needs to Know

As the name suggests, the purpose of the Federal Trade Commission's Standards for Safeguarding Customer Information – the Safeguards Rule, for short – is to ensure that entities covered by the Rule maintain safeguards to protect the security of customer information . The Safeguards Rule took effect...

## How To Comply with the Privacy of Consumer Financial Information Rule of the Gramm-Leach-Bliley Act

ABOUT THE GLB ACT The Gramm-Leach-Bliley Act was enacted on November 12, 1999. In addition to reforming the financial services industry, the Act addressed concerns relating to consumer financial privacy. The Gramm-Leach-Bliley Act required the Federal Trade Commission (FTC) and other government...

# Related

## FTC says student loan debt "relief" companies relieved consumers of money, but didn't live up to promises

May 8, 2023

## Compliance deadline for certain revised FTC Safeguards Rule provisions extended to June 2023

November 15, 2022

## New publication offers guidance on revised FTC Safeguards Rule

May 24, 2022

## Updating you on FTC privacy and data security initiatives

May 25, 2021

## Corporate boards: Don't underestimate your role in data security oversight

April 28, 2021

# Legal Resources on Gramm-Leach-Bliley Act

## Advisory Opinions

Cases

Closing Letters

Federal Register Notices

Public Statements

Videos



Start with Security