# EXHIBIT D

# Melvin, Zachary

| | |
|---|---|
| **From:** | Aizpuru, Katherine <kaizpuru@ftc.gov> |
| **Sent:** | Tuesday, June 6, 2023 4:55 PM |
| **To:** | Weitzman, Avi; Tsao, Leo |
| **Cc:** | Liebner, Stephanie |
| **Subject:** | [EXT] Federal Trade Commission No. 2223137 - Celsius Network LLC et al. |
| **Attachments:** | 2023.06.06 Letter to Paul Hastings fr. K. Aizpuru.pdf; financialforms_individualform_2014.pdf; financialforms_individualinstructions_2014.pdf; 2023.06.02 FTC v. Celsius Network Inc., et al. Complaint.pdf; 2023.06.02 Celsius Order.pdf |

**--- External Email ---**

Dear Mr. Tsao and Mr. Weitzman:

We understand that you represent Nuke Goldstein. Please see the attached letter and enclosures concerning the Federal Trade Commission's investigation into Celsius and Mr. Goldstein. Please also let us know as soon as possible whether you represent Bits of Sunshine LLC.

If you have any questions, do not hesitate to be in touch. We look forward to hearing from you soon.

Best,
Kate


**Katherine M. Aizpuru (Kate)**
Attorney | Federal Trade Commission
Bureau of Consumer Protection | Division of Financial Practices
600 Pennsylvania Avenue, NW | Washington, D.C. 20580 | # CC-10232
202-876-5673 (cell)
She/Her