# EXHIBIT E

Celsius Network Homepage - July 6, 2023



**Celsius Network Homepage - January 8, 2023**

