UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CELSIUS NETWORK INC., a corporation, CELSIUS NETWORK LLC, a limited liability company, CELSIUS NETWORKS LENDING LLC, a limited liability company, CELSIUS LENDING LLC, a limited liability company, CELSIUS KEYFI LLC, a limited liability company, CELSIUS MINING LLC, a limited liability company, CELSIUS US HOLDING LLC, a limited liability company; CELSIUS US LLC, a limited liability company; CELSIUS MANAGEMENT CORP., a corporation;<br><br>ALEXANDER MASHINSKY, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, and Celsius US Holding LLC;<br><br>SHLOMI DANIEL LEON, individually and as an officer of Celsius Network Inc., Celsius Network LLC, Celsius Networks Lending LLC, Celsius Lending LLC, Celsius KeyFi LLC, Celsius Mining LLC, Celsius US Holding LLC; and<br><br>HANOCH "NUKE" GOLDSTEIN, individually and as an officer of Celsius Network LLC and Celsius Lending LLC,<br><br>    Defendants. | Case No. 1:23-cv-06009-DLC<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT S. DANIEL LEON'S**
**MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Defendant S. Daniel Leon's Motion to Dismiss the Complaint Pursuant to Federal

Rule of Civil Procedure 12(b)(6), the Declaration of Allison M. Wuertz, and exhibits thereto, Defendant S. Daniel Leon, by and through the undersigned counsel, hereby moves this Court, before the Honorable Denise L. Cote, District Judge for the U.S. District Court for the Southern District of New York, for an Order dismissing Plaintiff Federal Trade Commission's Complaint, ECF No. 1, against Defendant Leon in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), and such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any opposition and reply papers shall be filed in accordance with the briefing schedule set forth in the Court's September 26, 2023 Order. *See* ECF No. 51.

Dated:   October 11, 2023
         New York, New York

                                          **HOGAN LOVELLS US LLP**

                                          By: */s/ Allison M. Wuertz*
                                          Allison M. Wuertz
                                          William M. Regan
                                          Maya S. Jumper
                                          390 Madison Avenue
                                          New York, NY 10017
                                          T: (212) 918-3000
                                          F: (212) 918-3100
                                          allison.wuertz@hoganlovells.com
                                          william.regan@hoganlovells.com
                                          maya.jumper@hoganlovells.com
                                          *Attorneys for S. Daniel Leon*