

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

November 8, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *FTC v. Celsius Network Inc., et al.*, Case No. 23-cv-06009

Dear Judge Cote:

We represent Defendant S. Daniel Leon in the above-referenced action.  Pursuant to Rule 4.F. of the Court's Individual Practices in Civil Cases, Mr. Leon respectfully requests oral argument on his Motion to Dismiss the Complaint, ECF No. 57, and the related papers in support, which have been filed via ECF.  The Motion is fully briefed as of today.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Allison M. Wuertz
Hogan Lovells US LLP

cc: All counsel of record (via ECF)