```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL TRADE COMMISSION,               :
                                        :
                        Plaintiff,      :      23cv6009 (DLC)
                                        :
             -v-                        :         ORDER
                                        :
CELSIUS NETWORK INC., et al.,           :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    The defendants' September 11 and October 11, 2023 motions to dismiss having been denied on December 12, 2023, it is hereby

    ORDERED that a conference shall be held in this case on January 18, 2024 at 11:30 a.m. in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:    New York, New York
           December 12, 2023

                                      _____
                                            DENISE COTE
                                  United States District Judge