UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

       Plaintiff,

 v.

CELSIUS NETWORK INC., et al.,

       Defendants.

Civil Action No. 1:23-cv-6009-DLC

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

   **PLEASE TAKE NOTICE** that upon the annexed Declaration of Benjamin R. Allee, dated December 22, 2023, the undersigned will move this Court, at a date and time to be determined by the Court, pursuant to Local Rule 1.4, for an order relieving Benjamin R. Allee, Jonathan Ohring, and Cassandra M. Vogel as counsel to defendant Alexander Mashinsky in this action, and granting such other relief as the Court deems appropriate.

Dated: White Plains, New York
    December 22, 2023

                YANKWITT LLP

                /s/ Benjamin R. Allee

                Benjamin R. Allee
                Jonathan Ohring
                Cassandra M. Vogel
                140 Grand Street, Suite 705
                White Plains, NY 10601
                Tel.: (914) 686-1500
                benjamin@yankwitt.com
                jonathan@yankwitt.com
                cassandra@yankwitt.com
                *Attorneys for Alexander Mashinsky*