```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   23cv6009(DLC)
FEDERAL TRADE COMMISSION,             :
                                      :        ORDER
                        Plaintiff,    :
            -v-                       :
                                      :
CELSIUS NETWORK INC., et al.,         :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On December 22, 2023, Yankwitt LLP filed a Notice of Motion to Withdraw Appearance as Counsel for defendant Alexander Mashinsky. Neither the Notice nor its supporting declaration report that defendant Alexander Mashinsky was notified of Yankwitt LLP's filing. The defendants' September 11 and October 11, 2023 motions to dismiss were denied on December 12, and the initial pretrial conference is scheduled for February 2, 2024. Thus, it is hereby

ORDERED that Yankwitt LLP serve defendant Alexander Mashinsky with a copy of the Notice and its supporting Declaration, the Scheduling Order dated December 27, 2023, the Opinion of December 12, 2023, and this Order.

IT IS FURTHER ORDERED that defendant Mashinsky shall file any objection to Yankwitt LLP's December 22, 2023 motion by

January 10, 2024. If no objection is filed, Yankwitt LLP's motion to withdraw shall be granted.

IT IS FURTHER ORDERED that either defendant Mashinsky or any incoming counsel who files an appearance on his behalf must attend the conference scheduled in this case on February 2, 2024.

IT IS FURTHER ORDERED that Yankwitt LLP shall promptly file an affidavit certifying service of these documents on defendant Mashinsky.

Dated:   New York, New York
         January 3, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge