UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

FEDERAL TRADE COMMISSION,

        Plaintiff,

  - against -

ALEXANDER MASHINSKY,
SHLOMI DANIEL LEON, and
HANOCH "NUKE" GOLDSTEIN,

        Defendants.

------------------------------------x

ECF Case

No. 23 Civ. 6009 (DLC)

~~PROPOSED~~ ORDER

WHEREAS, on September 11, 2023, the Government submitted a motion (the "Initial Motion") seeking to intervene in this action and to stay discovery in this matter until the resolution of the defendants' motions to dismiss in light of the pendency of the parallel criminal action in *United States v. Mashinsky, et al.*, 23 Cr. 347 (JGK) (the "Criminal Case"), in which an indictment has been returned; and

WHEREAS, on September 26, 2023, the Court granted the Initial Motion;

WHEREAS, on December 12, 2023, the Court denied the defendants' ~~respective~~ the motions to dismiss the complaint in this action;

WHEREAS, on January 5, 2024, the Government submitted a renewed motion seeking to stay discovery in this matter until the conclusion of the Criminal Case;

WHEREAS, defendants Alexander Mashinsky and Hanoch "Nuke" Goldstein consent to a complete stay of discovery through the conclusion of the Criminal Case;

WHEREAS, defendant Shlomi Daniel Leon does not object to a complete stay of discovery through the conclusion of the Criminal Case;

WHEREAS, plaintiff the Federal Trade Commission does not object to a complete discovery stay through November 1, 2024, the date by which the trial in the Criminal Case is presently expected to have concluded, provided that the stay may lift earlier should the Criminal Case resolve earlier; and

WHEREAS, the Court finds that the requested discovery stay is in furtherance of the interests of justice and will not prejudice any party; it is hereby

**ORDERED** that discovery in this matter is stayed through November 1, 2024.

SO ORDERED.

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

January 9, 2024
DATE