UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FEDERAL TRADE COMMISSION,             :
                                      :
                         Plaintiff,   :
            -v-                       :       23cv6009 (DLC)
                                      :
CELSIUS NETWORK INC., et al.,         :       ORDER
                                      :
                         Defendants.  :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On January 9, 2024, this Court granted a motion of the U.S. Attorney's Office for the Southern District of New York to stay discovery in this matter through November 1, 2024, with the consent of defendants Alexander Mashinsky and Hanoch "Nuke" Goldstein and without objection from defendant Shlomi Daniel Leon or plaintiff the Federal Trade Commission.

Having received the joint letter of defendants S. Daniel Leon and Hanoch Goldstein and plaintiff the Federal Trade Commission, it is hereby

ORDERED that the February 2, 2024 conference is cancelled.

Dated:   New York, New York
         January 31, 2024

                                          _____
                                                  DENISE COTE
                                          United States District Judge