```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL TRADE COMMISSION,                :
                                         :
                        Plaintiff,       :    23cv6009(DLC)
          -v-                            :
                                         :       ORDER
CELSIUS NETWORK INC., et al.,            :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the plaintiff's February 16, 2024 motion to strike affirmative defenses, it is hereby

ORDERED that defendants Hanoch 'Nuke" Goldstein and S. Daniel Leon shall file any opposition to the motion by March 1, 2024. The plaintiff's reply, if any, shall be filed by March 8. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         February 16, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge