```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FEDERAL TRADE COMMISSION,             :   23cv6009(DLC)
                                      :
                    Plaintiff,        :   ORDER
           -v-                        :
                                      :
CELSIUS NETWORK INC., et al.,         :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

The Federal Trade Commission ("FTC") filed this action on July 13, 2023, bringing claims against cryptocurrency platform Celsius Network Inc., its related corporate entities (collectively, "Celsius"), and three of its top executives: Alexander Mashinsky, Shlomi Leon, and Hanoch Goldstein. Also on July 13, Indictment 23cr237 (JGK) was unsealed, bringing criminal charges against Mashinsky and another Celsius employee.[1] On September 11, the United States Government filed a motion to intervene in the above-captioned case, pursuant to Rule 24, Fed. R. Civ. P., and to stay discovery in this matter pending the resolution of the defendants' motions to dismiss in order to avoid prejudice to the ongoing criminal case.

On September 26, the motion to intervene and stay discovery was granted. On January 9, 2024, the stay was extended through

---

[1] The corporate defendants have already resolved this action.

November 1, 2024.  On November 20, the Government filed a letter requesting a renewed stay of discovery through March 1, 2025.  The FTC does not object.  Accordingly, it is hereby

ORDERED that the defendants shall file any objection to a renewed stay by **December 4, 2024**.  In the event that no objection is filed, the request to renew the stay of discovery shall be granted.


Dated:   New York, New York
         November 20, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge