```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FEDERAL TRADE COMMISSION,               :
                                        :
                      Plaintiff,        :   23cv6009 (DLC)
           -v-                          :
                                        :   ORDER
CELSIUS NETWORK INC., et al.,           :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On November 20, 2024, the United States Government filed a letter requesting a renewed stay of discovery in this action through March 1, 2025. The FTC did not object. An Order of November 20 instructed the defendants to file any objection to a renewed stay by December 4. No defendant has objected to a renewed stay. Accordingly, it is hereby

ORDERED that discovery in this action is stayed through March 1, 2025.

Dated:   New York, New York
         December 10, 2024

                                   _____
                                          DENISE COTE
                                   United States District Judge