```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
  FEDERAL TRADE COMMISSION,             :    23cv06009 (DLC)
                                        :
                      Plaintiff,        :    ORDER
            -v-                         :
                                        :
  CELSIUS NETWORK INC., et al.,         :
                                        :
                      Defendants.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of September 26, 2023 stayed discovery in this action in light of a parallel criminal action, United States v. Mashinsky, et al. (23cr347). That stay was renewed by Orders of January 9, 2024, December 10, 2024, and February 28, 2025. In a letter of May 27, the Federal Trade Commission reports that the parallel criminal action has concluded and requests that the stay be lifted. No party has objected to that request. Accordingly, it is hereby

ORDERED that the stay of this action is lifted.

IT IS FURTHER ORDERED that a conference will be held on Thursday, June 26 at 3:00 p.m. in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 27, 2025

                                        _____
                                                 DENISE COTE
                                        United States District Judge