

UNITED STATES OF AMERICA
**Federal Trade Commission**
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

October 1, 2025

*Granted.*
*/s/ Denise Cote*
*10/1/25*

Hon. Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007

RE:   *Federal Trade Commission v. Celsius Network, Inc., et al.*, No. 1:23-cv-6009-DLC (S.D.N.Y.)

### Letter-Motion Seeking Stay of Deadlines in Light of Lapse of Appropriations

Dear Judge Cote:

At the end of the day on September 30, 2025, the continuing resolution that had been funding the FTC expired, and appropriations to the FTC lapsed. The FTC currently lacks appropriated funds to continue operating, and does not know when funding will be restored. Absent an appropriation, FTC attorneys and other employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the FTC therefore requests that the Court stay all deadlines in this case until Congress has restored appropriations to the FTC.

If this letter-motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the FTC. The Commission requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Opposing counsel for each individual defendant have authorized counsel for the FTC to state that the Defendants have no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the FTC hereby moves for a stay of all deadlines in this case until FTC attorneys are permitted to resume their usual civil litigation functions.



UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

Respectfully submitted,

*/s/ Stephanie Liebner*
Stephanie E. Liebner
Carlton B. Mosley
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-640-0963
sliebner@ftc.gov;
cmosley@ftc.gov

cc:   Counsel of record (via ECF)