```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FEDERAL TRADE COMMISSION,                :     23cv6009 (DLC)
                                         :
                   Plaintiff,            :     ORDER
                                         :
          -v-                            :
                                         :
CELSIUS NETWORK INC., et al.,            :
                                         :
                   Defendants.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

An Order of June 26, 2025 set forth a schedule for this action. At the request of the Federal Trade Commission, an Order of October 1 stayed deadlines in this action in light of the federal government shutdown. The shutdown ended on November 12. Accordingly, it is hereby

ORDERED that the following schedule shall govern further proceedings in this action:

1. All fact discovery must be completed by **April 10, 2026.**

2. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **May 1, 2026.** Identification of rebuttal experts and disclosure of their expert testimony must occur by **May 22, 2026.**

3. All discovery must be completed by **June 19, 2026.**

4. Any motion for summary judgment will be served by the following dates:

   - Motion served by **July 24, 2026**

>   - Opposition served by **August 14, 2026**
>   - Reply served by **September 4, 2026**
>
>   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

5.  In the event no motion is filed, the Joint Pretrial Order must be filed by **July 24, 2026.**

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

Dated:   New York, New York
         November 19, 2025

                                        _____
                                        DENISE COTE
                                        United States District Judge