

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

November 20, 2025

Hon. Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007

**RE:**   *Federal Trade Commission v. Celsius Network, Inc., et al.*, No. 1:23-cv-6009-DLC (S.D.N.Y.)

**Letter-Motion Regarding Lift of Stay And Amended Scheduling Order**

Dear Judge Cote:

On November 12, 2025, Congress passed a continuing resolution funding the Federal Trade Commission through January 30, 2026. This letter serves as notification that the FTC has now returned to normal operations. The FTC requests that the Court lift the stay entered on October 1, 2025 (ECF 126). It also serves as acknowledgement of the new Scheduling Order already issued (ECF 127).

Respectfully submitted,

*/s/ Stephanie Liebner*
Stephanie E. Liebner
Carlton B. Mosley
Attorneys
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-640-0963
sliebner@ftc.gov;
cmosley@ftc.gov

cc:    Counsel of record (via ECF)