

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

March 26, 2026

Hon. Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007

RE:   ***Federal Trade Commission v. Celsius Network, Inc., et al.,* No. 1:23-cv-6009-DLC
(S.D.N.Y.)**

**Joint Letter-Motion to Stay Case for 30 Days to Consider Settlement Agreement**

Dear Judge Cote:

Plaintiff, the Federal Trade Commission ("FTC") and Defendant Alexander Mashinsky, by and through their undersigned counsel, hereby stipulate, agree, and move the Court for entry of an order staying all deadlines in this matter with respect to Defendant Mashinsky for 30 days.

In support of this request, the parties state as follows:

1. Counsel for the FTC and Defendant Mashinsky have negotiated a settlement of the claims against Defendant Mashinsky in this matter.

2. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R.§ 4.14(c), only a majority vote by the FTC Commissioners can approve such agreements.

3. If the FTC Commissioners approve the settlement, further litigation in this matter will not be necessary with respect to Defendant Mashinsky. As the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case with respect to Defendant Mashinsky for 30 days to allow time for the FTC Commissioners to review and approve the final settlement.

Based on the foregoing, the parties stipulate and agree that this matter should be stayed as to Defendant Mashinsky pending FTC review and approval of the proposed settlement, and



UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

respectfully request that the Court enter the accompanying proposed order staying all deadlines with respect to Defendant Mashinsky for 30 days.

Respectfully submitted,

/s/ Stephanie E. Liebner
Stephanie E. Liebner
Carlton B. Mosley
Patrick Roy
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-640-0963
sliebner@ftc.gov
cmosley@ftc.gov
proy@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

/s/ Fria R. Kermani (with permission)
Daniel J. Fetterman
Ronald R. Rossi
Fria R. Kermani
Kasowitz LLP
1633 Broadway
New York, New York 10019
212-506-1934
DFetterman@kasowitz.com
RRossi@kasowitz.com
FKermani@kasowitz.com

Attorneys for Defendant Alexander Mashinsky

Granted.

Denise Cote

3/27/26

cc:    Counsel of record (via ECF)

2