

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Granted.

*Denise Cote*
5/26/2026

Division of Financial Practices
Bureau of Consumer Protection

**<u>VIA CM/ECF</u>**

May 26, 2026

Hon. Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007

**RE:** ***Federal Trade Commission v. Celsius Network, Inc., et al.*, No. 1:23-cv-6009-DLC (S.D.N.Y.)**

**<u>Joint Letter-Motion to Stay Case for 30 Days to Consider Settlement Agreement</u>**

Dear Judge Cote:

Plaintiff, the Federal Trade Commission ("FTC") and Defendant Daniel Leon, by and through their undersigned counsel, hereby stipulate, agree, and move the Court for entry of an order staying all deadlines in this matter with respect to Defendant Leon for 30 days.

In support of this request, the parties state as follows:

1. Counsel for the FTC and Defendant Leon have negotiated a settlement of the claims against Defendant Leon in this matter.

2. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R.§ 4.14(c), only a majority vote by the FTC Commissioners can approve such agreements.

3. If the FTC Commissioners approve the settlement, further litigation in this matter will not be necessary with respect to Defendant Leon. As the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case with respect to Defendant Leon for 30 days to allow time for the FTC Commissioners to review and approve the final settlement.

Based on the foregoing, the parties stipulate and agree that this matter should be stayed as to Defendant Leon pending FTC review and approval of the proposed settlement, and respectfully



UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

request that the Court enter an order staying all deadlines with respect to Defendant Leon for 30 days.

Respectfully submitted,

/s/ Stephanie E. Liebner
Stephanie E. Liebner
Carlton B. Mosley
Maya Sequeira
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-640-0963
sliebner@ftc.gov
cmosley@ftc.gov
msequeira@ftc.gov

/s/ Douglas J. Pepe          (with permission)
Douglas J. Pepe
John Roberti
Richard Snyder
Zaiger Linden Roberti & Pepe LLC
125 Park Avenue, 25th Floor
New York, New York 10017
212-258-0652
dpepe@zlrp.com
jroberti@zlrp.com
rsnyder@zlrp.com

*Attorneys for Plaintiff Federal Trade Commission*     *Attorneys for Defendant Daniel Leon*

cc:     Counsel of record (via ECF)

2