

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

July 9, 2026

Hon. Denise Cote
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18B
500 Pearl Street
New York, NY 10007

*Discovery is closed and any summary judgment motion is due July 24. A stay of 30 days is entered.*

*Denise Cote*
*7/10/26*

RE:    *Federal Trade Commission v. Celsius Network, Inc., et al.*, No. 1:23-cv-6009-DLC
(S.D.N.Y.)

### Joint Letter-Motion to Stay Case for 30 Days to Consider Settlement Agreement

Dear Judge Cote:

Plaintiff, the Federal Trade Commission ("FTC") and Defendant Hanoch "Nuke" Goldstein, by and through their undersigned counsel, hereby stipulate, agree, and move the Court for entry of an order staying all remaining deadlines in this matter for 30 days.

In support of this request, the parties state as follows:

1. Counsel for the FTC and Defendant Goldstein have negotiated a settlement of the claims against Defendant Goldstein in this matter.

2. Although FTC counsel has authority to negotiate settlement agreements, under Section 4.14 of the FTC's Rules of Practice, 16 C.F.R.§ 4.14(c), only a majority vote by the FTC Commissioners can approve such agreements.

3. The Proposed Stipulated Order would resolve all remaining issues in this case. If the FTC Commissioners approve the settlement, further litigation in this matter will not be necessary.

4. As the FTC's review and approval process can take several weeks, the parties respectfully request that the Court stay the case with respect to Defendant Goldstein for 30 days to allow time for the FTC Commissioners to review and approve the final settlement.



UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

Based on the foregoing, the parties stipulate and agree that this matter should be stayed pending FTC review and approval of the proposed settlement, and respectfully request that the Court enter an order staying all remaining deadlines for 30 days.

Respectfully submitted,

/s/ Stephanie E. Liebner
Stephanie E. Liebner
Carlton B. Mosley
Maya Sequeira
Federal Trade Commission
600 Pennsylvania Avenue NW
Mail Stop: CC 6316
Washington, D.C. 20580
202-640-0963
sliebner@ftc.gov
cmosley@ftc.gov
msequeira@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

/s/ Avi Weitzman  (with permission)
Avi Weitzman
Zachary Melvin
Elise Eckert
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
212-318-6920
aviweitzman@paulhastings.com
zacharymelvin@paulhastings.com
eliseeckert@paulhastings.com

Attorneys for Defendant Hanoch "Nuke" Goldstein

cc:    Counsel of record (via ECF)

2